
# United States District Court

WESTERN DISTRICT OF WASHINGTON

WILLIAM G. MOORE

v.

UNITED STATES OF AMERICA

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C11-5121BHS

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court dismisses Moore's petition for failure to present facts or argument that show that Moore may be entitled to mandamus relief.

May 11, 2011  
Date

BRUCE RIFKIN  
Clerk

*s/CM Gonzalez*  
Deputy Clerk